JUSTICE POWELL, concurring.

Ordinarily, I would vote to deny the petition for writ of certiorari and the application for stay as I find no substance to any of petitioner's claims. But it is not clear from the votes of the other Justices absent from Washington, whether there will be four votes to grant the petition for writ of certiorari, and at this late hour it has not been possible to clarify their positions. In view of this doubt, I will vote to grant the stay.

AUGUST 28, 1985

No. A–28. SAN FRANCISCO POLICE OFFICERS' ASSN. ET AL. *v.* CITY AND COUNTY OF SAN FRANCISCO ET AL. D. C. N. D. Cal. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–32. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* REDBUD HOSPITAL DISTRICT, DBA REDBUD COMMUNITY HOSPITAL, ET AL. D. C. N. D. Cal. Motion to vacate the stay entered by JUSTICE REHNQUIST on July 24, 1985 [*post*, p. 1308], denied.

No. 82–2157. CENTRAL STATES, SOUTHEAST & SOUTHWEST AREAS PENSION FUND ET AL. *v.* CENTRAL TRANSPORT, INC., ET AL., 472 U. S. 559;

No. 84–351. ATASCADERO STATE HOSPITAL ET AL. *v.* SCANLON, *ante*, p. 234;

No. 84–761. DATA GENERAL CORP. *v.* DIGIDYNE CORP. ET AL., *ante*, p. 908;

No. 84–1292. STEARNS COAL & LUMBER CO., INC. *v.* KENTUCKY NATURAL RESOURCES AND ENVIRONMENTAL PROTECTION CABINET, *ante*, p. 921;

No. 84–1444. PRICE *v.* UNITED STATES, *ante*, p. 904;

No. 84–1716. WILSON ET AL. *v.* NORTH CAROLINA MUTUAL LIFE INSURANCE COMPANY OF DURHAM ET AL., 472 U. S. 1018;

No. 84–1843. HILJER, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HILJER *v.* WALTERS, ADMINISTRATOR OF VETERANS AFFAIRS, 472 U. S. 1029; and

No. 84–5717. MOORE *v.* MAGGIO, WARDEN, ET AL., 472 U. S. 1032. Petitions for rehearing denied.